Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiff was sustained.

**No. 69727.**—The Waller Corporation et al. *v.* United States, protests 64/1245–13946, etc.   (Chicago).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.

**No. 69728.**—Waller Corporation et al. *v.* United States, protests 64/19349–14489, etc.   (Chicago).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of radio earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.